O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES DAVID HENRY, | ) | CASE NO. CV 08-00418 DDP (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| DEBRA DEXTER, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the First Amended Petition of CHARLES DAVID HENRY, for a writ of habeas corpus. Having reviewed the First Amended Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the First Amended Petition is denied and the action is dismissed with prejudice.

DATED:

9/29/10

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE